UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Anthony Keller | : | Bankruptcy No. 14-19726SR |
|    Maria Peranteau-Keller | : | **HEARING DATE: 10/26/16, 10 am** |
|    Debtors. | : | **COURTROOM NO. 4** |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtors, Anthony and Maria Keller, have filed with the Court a Motion to Modify their Chapter 13 Plan Post-Confirmation.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankrupcty case. (If you do not have an attorney, you may wish to consult and attorney.)

    1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before <u>10/12/16</u> you or your attorney must do **all** of the following:

    (a)    file an objection to the modification at:
            Clerk, U.S. Bankruptcy Court
            Robert N.C. Nix Building
            900 Market Street
            Philadelphia, PA 19107-4299

        If you mail your objection to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movants' attorney:
            Patricia M. Mayer, Esquire
            WATERMAN & MAYER, LLP
            301 Oxford Valley Rd., Ste. 203B
            Yardley, PA 19067
            Phone:   (215) 493-4300/Fax: (215) 493-4304

    2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3. A hearing on the motion is scheduled to be held before the Honorable Stephen Raslavich on            p.m., in Crtrm. 4, U.S. Bankruptcy Court, Nix Building, 900 Market St., Philadelphia, PA.   Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

    4. If a copy of the motion is not enclosed, a copy will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated:   September 20, 2016