UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| Anthony Keller | | |
| Maria Peranteau-Keller, | : | Bankruptcy No. 14-19726SR |
| Debtors. | : | |

## **CERTIFICATION OF NO OBJECTION**

I, Patricia M. Mayer, counsel for debtors, hereby certify that no answer, objection, request for hearing or other response was received to the Debtors' Motion to Modify Plan Post-Confirmation filed by Attorney for Debtors within the time period allowed by law.

      /s/ Patricia M. Mayer
Patricia M. Mayer, Esquire
WATERMAN & MAYER, LLP
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067
(215) 493-4300
Counsel for Debtors

Dated:    October 13, 2016