UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :        Chapter 13
        Anthony Keller and          :
        Maria Peranteau-Keller      :        Bankruptcy No. 14-19726-SR
            Debtors.                :

## CERTIFICATION OF NO OBJECTION

I, Patricia M. Mayer, counsel for debtors, hereby certify that no answer, objection, request

for hearing or other response was received to the Supplemental Application for Compensation and

Reimbursement of Expenses filed by Attorney for Debtors within the time period allowed by law.


 /s/ Patricia M. Mayer                        
Patricia M. Mayer, Esquire
WATERMAN & MAYER, LLP
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067
(215) 493-4300
Counsel for Debtors


Dated:    10/13/16