UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :     Chapter 13
   Anthony Keller and                          :
   Maria Peranteau-Keller                      :     Bankruptcy No. 14-19726-SR
      Debtors.                               :

## ORDER

**AND NOW**, this _____ day of _____, 2016, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses filed by Patricia M. Mayer, attorney for Debtors, and after notice and hearing, it is hereby,

**ORDERED** that compensation in the amount of $900.00, of which $0.00 has been paid, and reimbursement of $152.49 in actual, necessary expenses are approved as fair, reasonable and necessary in connection with this case and meets the requirements of Bankruptcy Rule 2016. The Chapter 13 Standing Trustee is hereby authorized to pay $1,052.49 to Patricia M. Mayer, Esquire upon receipt of this Order and as provided for in the confirmed Chapter 13 plan.

**Date: October 21, 2016**

_____
Stephen Raslavich, Judge
United States Bankruptcy Court