United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-19726-sr
Anthony Keller                                                          Chapter 13
Maria Peranteau-Keller
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Oct 21, 2016
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2016.
db/jdb         +Anthony Keller,   Maria Peranteau-Keller,   235 Loch Alsh Drive,   Chalfont, PA 18914-3915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              LEON P. HALLER    on behalf of Creditor   U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               lhaller@pkh.com,    dmaurer@pkh.com
              PATRICIA M. MAYER    on behalf of Debtor Anthony  Keller pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              PATRICIA M. MAYER    on behalf of Joint Debtor Maria  Peranteau-Keller pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Hyundai Motor Finance mortonlaw.bcraig@verizon.net,
               mhazlett@mortoncraig.com
                                                                                             TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :        Chapter 13
    Anthony Keller and                           :
    Maria Peranteau-Keller                       :        Bankruptcy No. 14-19726-SR
        Debtors.                             :

## ORDER

**AND NOW**, this _____ day of _____ , 2016, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses filed by Patricia M. Mayer, attorney for Debtors, and after notice and hearing, it is hereby,

**ORDERED** that compensation in the amount of $900.00, of which $0.00 has been paid, and reimbursement of $152.49 in actual, necessary expenses are approved as fair, reasonable and necessary in connection with this case and meets the requirements of Bankruptcy Rule 2016. The Chapter 13 Standing Trustee is hereby authorized to pay $1,052.49 to Patricia M. Mayer, Esquire upon receipt of this Order and as provided for in the confirmed Chapter 13 plan.

**Date: October 21, 2016**

_____
Stephen Raslavich, Judge
United States Bankruptcy Court