UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| Anthony Keller | : | |
| Maria Peranteau-Keller, | : | Bankruptcy No. 14-19726SR |
| Debtors. | : | **Hearing Date: 10/26/16, 10am** |
| | : | **Courtroom No. 4** |

### ORDER GRANTING DEBTORS' MOTION TO MODIFY PLAN
### CHAPTER 13 PLAN POST-CONFIRMATION

**AND NOW**, this _____ day of _____, 2016 upon consideration of the Debtors' Motion to Modify their Chapter 13 Plan Post-Confirmation and any response filed thereto and for good cause shown,

**IT IS HEREBY ORDERED** that Debtors' Motion is **GRANTED** and the Debtors' Third Amended Chapter 13 Plan as filed on September 20, 2016 is **CONFIRMED**.

**IT IS FURTHER ORDERED** that the Debtors and PHFA ("Mortgagee") shall be entitled to enter into the proposed loan modification under the terms proposed by the Mortgagee without there being any violation a violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

Dated: October 27, 2016

_____
Stephen Raslavich, Judge
United States Bankruptcy Court