United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-19726-sr
Anthony Keller                                                        Chapter 13
Maria Peranteau-Keller
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Oct 27, 2016
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2016.
db/jdb        +Anthony Keller,   Maria Peranteau-Keller,   235 Loch Alsh Drive,   Chalfont, PA 18914-3915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               lhaller@pkh.com,    dmaurer@pkh.com
              PATRICIA M. MAYER    on behalf of Debtor Anthony  Keller pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              PATRICIA M. MAYER    on behalf of Joint Debtor Maria  Peranteau-Keller pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Hyundai Motor Finance mortonlaw.bcraig@verizon.net,
               mhazlett@mortoncraig.com
                                                                                             TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :      Chapter 13
   Anthony Keller                   :
   Maria Peranteau-Keller,          :      Bankruptcy No. 14-19726SR
      Debtors.                      :      **Hearing Date: 10/26/16, 10am**
                                    :      **Courtroom No. 4**

### ORDER GRANTING DEBTORS' MOTION TO MODIFY PLAN
### CHAPTER 13 PLAN POST-CONFIRMATION

**AND NOW**, this _____ day of _____, 2016 upon consideration of the Debtors' Motion to Modify their Chapter 13 Plan Post-Confirmation and any response filed thereto and for good cause shown,

**IT IS HEREBY ORDERED** that Debtors' Motion is **GRANTED** and the Debtors' Third Amended Chapter 13 Plan as filed on September 20, 2016 is **CONFIRMED**.

**IT IS FURTHER ORDERED** that the Debtors and PHFA ("Mortgagee") shall be entitled to enter into the proposed loan modification under the terms proposed by the Mortgagee without there being any violation a violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

Dated: October 27, 2016

_____
Stephen Raslavich, Judge
United States Bankruptcy Court