# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Anthony Keller<br>          Maria Peranteau-Keller<br>                    Debtors | CHAPTER 13 |
| U.S. BANK OF NATIONAL ASSOCIATION, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982), its successors and/or assigns<br>                    Movant<br>          vs. | NO. 14-19726 JKF |
| Anthony Keller<br>Maria Peranteau-Keller<br>                    Debtors | 11 U.S.C. Section 362 |
| William C. Miller, Esquire<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Stipulation by of U.S. BANK OF NATIONAL ASSOCIATION, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982), which was filed with the Court on or about June 14, 2019 (Document No. 91).

    Respectfully submitted,

    **/s/ Kevin G. McDonald, Esquire**
    Kevin G. McDonald, Esquire
    Attorney for Movant
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    215-627-1322

June 17, 2019