United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony Keller  
Maria Peranteau-Keller  
    Debtors

Case No. 14-19726-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: TashaD     Page 1 of 1     Date Rcvd: Jun 17, 2019  
                                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.  
db/jdb         +Anthony Keller,    Maria Peranteau-Keller,    235 Loch Alsh Drive,    Chalfont, PA 18914-3915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:

         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...  
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency  
           bkgroup@kmllawgroup.com  
         LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,  
           dmaurer@pkh.com;mgutshall@pkh.com  
         LEON P. HALLER    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...  
           lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com  
         PATRICIA M. MAYER    on behalf of Joint Debtor Maria   Peranteau-Keller patriciamayerpc@gmail.com,  
           nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com  
         PATRICIA M. MAYER    on behalf of Debtor Anthony   Keller patriciamayerpc@gmail.com,  
           nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,  
           ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency  
           bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...  
           bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...  
           tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
           philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM   MILLER*R ecfemails@ph13trustee.com,  
           philaecf@gmail.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Hyundai Motor Finance ecfmail@mortoncraig.com,  
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                    TOTAL: 14

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| Anthony Keller<br>Maria Peranteau-Keller<br>　　　　　Debtors | CHAPTER 13 |
| U.S. BANK OF NATIONAL ASSOCIATION,<br>(Trustee for the Pennsylvania Housing Finance<br>Agency, pursuant to a Trust Indenture dated as of<br>April 1, 1982)<br>　　　　　Movant<br>vs.<br>Anthony Keller<br>Maria Peranteau-Keller<br>　　　　　Debtors<br>William C. Miller, Esquire<br>　　　　　Trustee | NO. 14-19726 JKF<br><br>11 U.S.C. Section 362 |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$16,207.56,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | June 2018 to October 2018 at $1,471.00/month<br>November 2018 to April 2019 at $1,477.00/month |
| Late Charges: | October 2018 to April 2019 at $39.08/month |
| Suspense Balance: | $283.00 |
| **Total Post-Petition Arrears** | **$16,207.56** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on May 1, 2019 and continuing through October 1, 2019, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,477.00** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$2,701.26** towards the arrearages on or before the last day of each month at the address below;

PENNSYLVANIA HOUSING FINANCE AGENCY
211 NORTH FRONT STREET
P.O. BOX 15057
HARRISBURG, PENNSYLVANIA 17101

b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   April 18, 2019

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date:  5/7/19

Patricia M. Mayer, Esquire
Attorney for Debtors

Date:  6/17/19

No Objection:
William C. Miller, Esquire
TRUSTEE Chapter 13 Trustee

**\*without prejudice to any trustee rights or remedies**

Approved by the Court this <u>17th</u> day of <u>June</u>, 2019.  However, the court retains discretion regarding entry of any further order.  It is hereby ordered that doc. no. 92 - the previous order granting the stipulation is VACATED.

Bankruptcy Judge
Jean K. FitzSimon