**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| **In Re:  Withdrawal of Counsel** | : | |
| **Patricia M. Mayer, Esquire** | | |
| **and Substitution of Counsel** | | **Miscellaneous No. 19-03005** |
| **Michael P. Kelly, Esquire** | : | |
| | : | |

**NOTICE**

**On this 31st day of December 2019, notice is hereby given that pursuant to Local**

**Bankruptcy Rule 2091-1, Patricia M. Mayer has withdrawn her appearance as counsel and**

**Michael P. Kelly has been substituted as counsel of record pursuant to the attached list of**

**cases.**

**Timothy B. McGrath**
**Clerk of Court**

**Cases to be transferred from Patricia M. Mayer, Esquire to Michael P. Kelly, Esquire**

| | |
|---|---|
| Steve Burkes | 16-18303amc |
| Michael Carpenter | 18-16635amc |
| Deneen Checchia | 18-10742elf |
| Paul Correnti | 19-17021mdc |
| Vivienne Cortes | 15-11124mdc |
| Peder Cox | 15-11604amc |
| Richard Dantinne | 15-11604mdc |
| James Doe | 17-17418jkf |
| Lisa Eden | 19-16890elf |
| Jackie Eschbach | 18-12427jkf |
| Jacki Fulmer | 16-16798mdc |
| Robin Garrett | 18-13391elf |
| Anabel Genevitz | 19-17022jkf |
| Chris & Danielle Guenther | 16-13459ref |
| Manya Gurevich | 19-16257elf |
| Glenna Hendren | 16-12351 |
| Amy Hetrick | 15-10240mdc |
| Kara Hill | 18-11910elf |
| Anthony & Marie Keller | 14-19726jkf |
| Michael Kingsbury | 15-13093jkf |
| Pamela Kinsey | 19-15122amc |
| Svetlana Kutovoy | 19-13553jkf |
| Joseph & Barbara Lewis | 17-10698jkf |
| Michael Meehan | 16-10582elf |

| | |
|---|---|
| Minhchae&Elizabeth Nguyen | 18-12530amc |
| Georgette Niles | 17-17318elf |
| Herbert Panetta | 19-16891amc |
| Adriane C. Pepitone | 16-11301jkf |
| Christine Prefach | 19-14231elf |
| Leonid & Lyudmila Primack | 19-14724amc |
| Stephanie Pyne | 15-17672elf |
| Joseph & Marie Rawlings | 17-13951jkf |
| Charles Rhodes | 17-18492amc |
| Maria Robb | 18017122jkf |
| Meredith Rothschild | 19-13534mdc |
| Ali Sarikaya | 19-16892elf |
| Greg & Helen Sciubba | 17-12450mdc |
| Gerard Shields | 17-16691elf |
| Erin Hirsch & Ezra Sherman | 19-15232jkf |
| Herman & Carole Siewert | 18-12094elf |
| Norman E. Sims | 18-10558jkf |
| Laurence Smith | 15-12442mdc |
| Scott Smith | 19-14364jkf |
| Brian Soares | 15-17982amc |
| Howard Sowell | 17-14244mdc |
| Melvin & Peggy Sterling | 16-11463elf |
| Karen Strow | 19-13546mdc |
| Joan Taylor | 19-15233jkf |
| Eric & Robyn Van Dusen | 19-14870mdc |

| | |
|---|---|
| Simon & Stephanie Wosko | 15-12264amc |
| William Weaver | 19-15453jkf |
| Lisa Welch | 19-17176mdc |
| Theresa Westcott | 19-15612jkf |
| Michelle White | 19-16480elf |
| Eugenia Wilkins-Hayes | 18-16527elf |
| Jennifer Zekas | 19-14578elf |