United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony Keller  
Maria Peranteau-Keller  
    Debtors

Case No. 14-19726-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: TashaD    Page 1 of 2    Date Rcvd: Sep 17, 2020  
    Form ID: 138NEW    Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2020.

```
db/jdb         +Anthony Keller,    Maria Peranteau-Keller,    235 Loch Alsh Drive,    Chalfont, PA 18914-3915
cr             +Hyundai Motor Finance,    6100 W. Plano Parkway, Suite 2000,    Plano, TX 75093-8207
cr             +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
                 Harrisburg, PA 17102-2305
13438552       +AES,    PO Box 2461,    Harrisburg, PA 17105-2461
13438549       +Abington Health Physicians,    1200 Old York Road,    Abington, PA 19001-3720
13438550      #+Abington Medical Specialists,    1235 Old York Road,    Suite 222,    Abington, PA 19001-3841
13438551        Abington Memorial Hospital,    2510 Maryland Rd, STe. 200,    Willow Grove, PA  19090-1135
13438553        CHOP Hospital Billing,    Local Box 7802,    PO Box 8500,    Philadelphia, PA  19178-7802
13438554        CHOP Physicians,    Lock Box 8017,    PO Box 8500,    Philadelphia, PA  19178-8017
13450229        ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
13438555       +Edwin Abrahamsen & Associates,    120 N. Keyser Avenue,    Scranton, PA 18504-9701
13438557       +First Federal Credit Control,    24700 Chagrin Blvd, Ste 205,    Cleveland, OH 44122-5662
13438558       +Foot & Ankle Specialty Care,    2400 Maryland Road,    Suite 30,    Willow Grove, PA 19090-1748
13438559        Gastrointestinal Associates, Inc.,    c/o Berks Credit & Collection,    Dept 14674, POB 1259,
                 Oaks, PA  19456
13438562       +Grimley Financial,    30 Washington Avenue,    Suite C6,    Haddonfield, NJ 08033-3341
13438567       +Otaryngology Associates,    1245 Highland Avenue, STe 502,    Price Medical Bldg,
                 Abington, PA 19001-3726
13528018       +Patricia M. Mayer, Esquire,    301 Oxford Valley Rd., Ste. 203B,    Yardley, PA 19067-7708
13438570       +Persante Continuing Care,    130 Gaither Dr, Suite 136,    Mt. Laurel, NJ 08054-1715
13438571     ++++RADIOLOGY GROUP ABINGTON,    PO BOX 4238,    PORTSMOUTH NH  03802-4238
               (address filed with court:  Radiology Group Abington,    PO box 6750,
                 Portsmouth, NH  03802-6750)
13438572       +Recon Ortho Assoc,    PO Box 757910,    Philadelphia, PA 19175-7910
13438573       +Tri State Adjustments, Inc.,    PO Box 3219,    La Crosse, WI 54602-3219
13534599       +U.S. BANK OF NATIONAL ASSOCIATION Et Al,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13545722       +U.S. BANK OF NATIONAL ASSOCIATION, (Trustee for th,    to a Trust Indenture dated as of April 1,
                 PHFA Loan Servicing Division,    211 North Front Street,    Harrisburg, Pennsylvania 17101-1466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr             +E-mail/Text: bncnotice@ph13trustee.com Sep 18 2020 05:12:30     WILLIAM C. MILLER,
                 Office of the Chap. 13 Standing Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Sep 18 2020 05:12:27     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2020 05:12:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2020 05:12:17     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2020 05:17:15     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13448547        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 18 2020 05:11:54
                 Americredit Financial Services, Inc.,    PO Box 183853,    Arlington TX 76096
13452013       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 18 2020 05:11:54
                 Americredit Financial Services Inc. dba GM Financ.,    P O Box 183853,
                 Arlington, TX 76096-3853
13486131       +E-mail/Text: bankruptcy@cavps.com Sep 18 2020 05:12:16     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13438561       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 18 2020 05:11:54     GM Financial,
                 PO Box 183834,    Arlington, VA 76096-3834
13438560       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 18 2020 05:12:14     Gettington.com,
                 c/o Jefferson Capital,    16 McLeland Road,    St. Cloud, MN 56303-2198
13438563       +E-mail/Text: bankruptcydepartment@tsico.com Sep 18 2020 05:12:29     Heart Group of Abington,
                 c/o NCO Financial,    20 East Clementon Road, 102N,    Gibbsboro, NJ 08026-1165
13528752       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Sep 18 2020 05:12:30
                 Hyundai Capital America DBA,    Hyundai Motor Finance,    PO Box 20809,
                 Fountain Valley, CA 92728-0809
13438564       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Sep 18 2020 05:12:30
                 Hyundai Motor Finance,    PO Box 20835,    Fountain Valley, CA 92728-0835
13438565        E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 18 2020 05:11:53     Internal Revenue Service,
                 Special Procedures,    PO Box 21126,    Philadelphia, PA  19114
13464910        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 18 2020 05:12:14     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13438566       +E-mail/PDF: cbp@onemainfinancial.com Sep 18 2020 05:17:30     One Main Financial,
                 110 Lincoln Highway,    Fairless Hills, PA 19030-1011
13438569       +E-mail/Text: blegal@phfa.org Sep 18 2020 05:12:11     PA Housing Finance Agency,
                 211 North Front Street,    PO Box 15057,    Harrisburg, PA 17105-5057
13530882       +E-mail/Text: blegal@phfa.org Sep 18 2020 05:12:11     Pennsylvania Housing Finance Agency,
                 Attn:  Accounting & Loan Servicing,    211 N. Front Street,    Harrisburg, PA 17101-1406
```

```
District/off: 0313-2          User: TashaD               Page 2 of 2                   Date Rcvd: Sep 17, 2020
                              Form ID: 138NEW            Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13467004           E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2020 05:17:42      Synchrony Bank,
                    c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                    Miami, FL 33131-1605
                                                                                            TOTAL: 19

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Americredit Financial Services Inc. dba GM Financ.
13453957*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
                  (address filed with court:   AmeriCredit Financial Services, Inc.,    P O Box 183853,
                  Arlington, TX 76096)
13438568*      +Otaryngology Associates,    1245 Highland Ave, Suite 502,    Price Medical Bldg,
                  Abington, PA 19001-3726
13438556      ##+Endocrine Specialists, PC,    2300 Computer Road, H39,    Willow Grove, PA 19090-1740
                                                                                 TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
```
              JOSHUA I. GOLDMAN    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
              MICHAEL P. KELLY    on behalf of Debtor Anthony  Keller mpkpc@aol.com, r47593@notify.bestcase.com
              MICHAEL P. KELLY    on behalf of Joint Debtor Maria  Peranteau-Keller mpkpc@aol.com,
               r47593@notify.bestcase.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK OF NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM  MILLER*R ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Hyundai Motor Finance ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Anthony Keller and Maria Peranteau−Keller

       Debtor(s)                       Bankruptcy No: 14−19726−amc

                                                    Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                 900 Market Street
                                       Suite 400
                                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                          For The Court
                                                          Timothy B. McGrath
                                                            Clerk of Court

Dated: 9/17/20

                                                                                     108 − 107
                                                                                 Form 138_new