United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 14-19726-amc
Anthony Keller  Chapter 13
Maria Peranteau-Keller
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: TashaD     Page 1 of 2
Date Rcvd: Oct 19, 2020     Form ID: 195     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Anthony Keller, 235 Loch Alsh Drive, Chalfont, PA 18914-3915 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:

**Name**  **Email Address**

JOSHUA I. GOLDMAN
    on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION Et Al... Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

LEON P. HALLER
    on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION Et Al... lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

MICHAEL P. KELLY
    on behalf of Joint Debtor Maria Peranteau-Keller mpkpc@aol.com r47593@notify.bestcase.com

| District/off: 0313-2 | User: TashaD | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2020 | Form ID: 195 | Total Noticed: 1 |

MICHAEL P. KELLY
    on behalf of Debtor Anthony Keller mpkpc@aol.com  r47593@notify.bestcase.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION  Et Al... bkgroup@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor U.S. BANK OF NATIONAL ASSOCIATION  Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM MILLER*R ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Hyundai Motor Finance ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Anthony Keller and Maria Peranteau−Keller               : Case No. 14−19726−amc
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , October 19, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

112
Form 195